UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MESSERSCHMIDT,

          Plaintiff,

-v-

MENCSH MILL & LUMBER CORP,

          Defendant.

CIVIL ACTION NO. 25 Civ. 2762 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

This action was referred to the undersigned for general pretrial supervision. (ECF No. 7). Defendant was served on April 16, 2025, and its response to the Complaint was due on May 7, 2025. (ECF No. 8). Defendant has not responded to the Complaint, and Plaintiff has taken no action since filing proof of service. (See id.).

Accordingly, on or before **June 30, 2025**, Plaintiff shall request a certificate of default from the Clerk of Court. **Within seven days** after receiving the Clerk's certificate of default, Plaintiff shall file a Motion for Default Judgment in accordance with the Honorable Dale E. Ho's Individual Rules and Practices in Civil Cases, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55.

Dated:     New York, New York
            June 24, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**